# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **AZIEWE CALLWOOD** | **CIVIL ACTION NO. 24-1316** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CALCASIEU CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Aziewe Callwood's petition is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 14th day of November, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **AZIEWE CALLWOOD** | **CIVIL ACTION NO. 24-1316** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CALCASIEU CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation as to Petitioner Aziewe Callwood's Petition [Doc. No. 4] is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Aziewe Callwood's petition is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 14th day of November, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE